IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAN YAN, | : | Case No. 4:14-CV-01373 |
| | : | |
| Plaintiff | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA STATE | : | (Magistrate Judge Schwab) |
| UNIVERSITY, | : | |
| | : | |
| Defendants | : | |

## ORDER

June 29, 2015

**BACKGROUND:**

On November 2, 2014, *pro se* Plaintiff Yan Yan filed an amended complaint (ECF No. 42-1) against Defendant Pennsylvania State University, raising claims pursuant to Title IX of the Education Amendments Act, 20 U.S.C. §1681, *et seq.*; the Americans with Disabilities Act, 42 U.S.C. §12101, *et seq.*; the Age Discrimination Act, 42 U.S.C. §6101, *et seq.*; the Pennsylvania Fair Educational Opportunities Act, 24 P.S. §5001, *et seq.*; and personal injury under 18 U.S.C. §2255. Plaintiff also seeks remedies under 42 U.S.C. §1983 for alleged violations of her rights secured by the First and Fourteenth Amendments to the United States

Constitution. Pending before the Court is Defendant's motion to dismiss (ECF No. 45).

The case was assigned to Magistrate Judge Susan E. Schwab, who issued a report and recommendation on May 7, 2015, recommending that Defendant's motion to dismiss be granted and that all of Plaintiff's claims in her amended complaint be dismissed. On May 11, 2015, Plaintiff filed a motion requesting a time extension to file objections to Magistrate Judge Schwab's report and recommendation. The Court granted Plaintiff's "Motion for Extension of Time to Motion to Reconsider the Court Orders," extending the deadline to file objections to June 9, 2015.

Plaintiff has filed a motion for leave to appeal (ECF No. 82), which this Court will construe as a general objection to the report and recommendation of the Magistrate Judge. The Court has therefore reviewed *de novo* Magistrate Judge Schwab's disposition on Plaintiff's complaint.

Magistrate Judge Schwab exhaustively reviewed every facet of the Plaintiff's claims. Because this Court agrees with her analysis, the undersigned will not rehash her sound reasoning, but will instead adopt the report and recommendation in its entirety (ECF No. 79).

**IT IS HEREBY ORDERED THAT:**

1. The report and recommendation of Magistrate Judge Schwab (ECF No. 79) is **ADOPTED** in full.

2. Defendant's motion to dismiss (ECF No. 45) is **GRANTED**.

3. Plaintiff's amended complaint (ECF No. 42-1) is **DISMISSED** with prejudice.

4. Plaintiff's motion for leave to appeal (ECF No. 82) is **DENIED** as moot.

5. The clerk is directed to close the case file.


BY THE COURT:


/s Matthew W. Brann
Matthew W. Brann
United States District Judge